**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Jan Lynch,** | ) | **CASE NO. 1:05 CV 2077** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **United States Postal Service,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant**. | ) | |

This Court, having issued its Memorandum of Opinion and Order granting defendant's Motion to Dismiss (Doc. 10), hereby enters judgment for defendant.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/24/05